MAX SHILMAN, Appellant, v. LIZZA SHILMAN, Respondent.

*Divorce — adultery of wife — procurement or connivance of husband.*

Shilman v. Shilman, 188 App. Div. 908, affirmed.

(Submitted October 22, 1920; decided November 23, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1919, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was for absolute divorce. Plaintiff testified that he and his wife went before a rabbi and that in pursuance to her request he gave her a Hebrew bill of divorce. The defendant then left for Russia where she married another man. The trial court dismissed the complaint upon the ground that the giving by the plaintiff to his wife of the Hebrew bill of divorce constituted procurement or connivance on his part in his wife's subsequent adultery.

*Samuel Rabinowitz* for appellant.

No appearance for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.